IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONNIE WARREN**  **PLAINTIFF**
ADC #163049

v.  Case No. 4:22-CV-00561-LPR

**SARAH HUCKABEE SANDERS, in**
her official capacity as Governor of Arkansas, et al.  **DEFENDANTS**

## JUDGMENT

Pursuant to today's Order and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that Mr. Warren's Amended Complaint is DISMISSED with prejudice.

IT IS SO ADJUDGED this 11th day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE